UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | 3:06CV00451<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| COLLEEN ROTH, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF STAN ROTH, JR., DECEASED<br>Plaintiff<br><br>vs.<br><br>PFIZER, INC., ET AL.<br>Defendants | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Comes now the Plaintiff, COLLEEN ROTH, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF STAN ROTH, JR., DECEASED, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: August 20, 2009        By: _____
Attorneys for Plaintiff,
Colleen Roth, Individually
and O/B/O All Wrongful Death
Beneficiaries and As
Representative of the Estate of
Stan Roth, Jr., Deceased

DATED: December 15, 2009      By: _____
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: JAN - 4 2010

_____
Hon. Charles R. Breyer
United States District Court