UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | ) ) ) ) ) | 3:06CV00451<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| COLLEEN ROTH, INDIVIDUALLY AND ON BEHALF OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE ESTATE OF STAN ROTH, JR., DECEASED<br>        Plaintiff | ) ) ) ) ) ) ) ) | **STIPULATION AND ORDER OF**<br>**DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| PFIZER, INC., ET AL.<br>        Defendants | ) ) | |

Comes now the Plaintiff, COLLEEN ROTH, INDIVIDUALLY AND ON BEHALF

OF ALL WRONGFUL DEATH BENEFICIARIES AND AS REPRESENTATIVE OF THE

ESTATE OF STAN ROTH, JR., DECEASED, and Defendants, by and through the

undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

hereby stipulate to the dismissal of this action with prejudice with each side bearing its

own attorneys' fees and costs.

DATED: _____, 2009          By: _____

Attorneys for Plaintiff,
Colleen Roth, Individually
and O/B/O All Wrongful Death
Beneficiaries and As
Representative of the Estate of
Stan Roth, Jr., Deceased

DATED: _____December 15_____, 2009          By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

1

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____ JAN - 4 2010 _____

Hon. Charles R. Breyer
United States District Court

2